UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 11–31946
  Chapter 13
James Hale

    Debtor

# ORDER

This case is before the court on the following matter:

*31* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of James Hale. Responses due by 11/3/2014. (Attachments: # 1 Exhibit Modified Chapter 13 Plan) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated:  November 4, 2014

                                                     /s/ Dwight H. Williams Jr.
                                                     United States Bankruptcy Judge